UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHELSEA HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>    Defendant. | Case No: 2:18-cv-00310-JPS<br><br>Honorable Judge Stadtmueller |

### NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that CHELSEA HELLER ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 9th day of August, 2018.

                                        Respectfully submitted,

                                        *s/ Marwan R. Daher*
                                        Marwan R. Daher
                                        Sulaiman Law Group, Ltd.
                                        2500 S. Highland Avenue, Suite 200
                                        Lombard, IL 60148
                                        Phone: (630) 575-8181
                                        mdaher@sulaimanlaw.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*_____
Marwan R. Daher
