# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CHELSEA HELLER,

            Plaintiff,

v.

TRANSWORLD SYSTEMS, INC.,

            Defendant.

Case No. 18-CV-310-JPS

**ORDER**

      On August 21, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees. (Docket #19). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #19) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney's fees.

      Dated at Milwaukee, Wisconsin, this 21st day of August, 2018.

                                      BY THE COURT:

                                      J.P. Stadtmueller
                                      U.S. District Judge